# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| IN RE: | § § § |
| A. J. BART, INC | §  CASE NO: 18-31229-SGJ-7 § |
| | § |
| DEBTOR. | §  Chapter 7 § |
| | § |

## TRUSTEE'S INTERIM REPORT IN RESPONSE TO THE CLERK'S REQUEST

The Trustee wishes to advise the Court, creditors, and parties in interest that he has preference actions pending.

Respectfully Submitted,

 */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE