IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| | § | CASE NO:  18-31229-SGJ-7 |
| A.  J. BART, INC | § | |
| | § | |
| | § | Chapter 7 |
| DEBTOR. | § | |
| | § | |

**TRUSTEE'S INTERIM REPORT IN RESPONSE TO THE CLERK'S REQUEST**

The Trustee wishes to advise the Court, creditors, and parties in interest that he has preference actions pending.

Respectfully Submitted,

  */s/ Scott M. Seidel*
Scott M. Seidel

6505 W. Park Blvd., Suite 306
Plano, Texas 75093
Telephone: (214) 234-2500
scott@scottseidel.com
CHAPTER 7 TRUSTEE